UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA L. T.,

     Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.
_____/

Case No. 25-10585

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S FEBRUARY 16, 2026 REPORT AND RECOMMENDATION [14]**

Plaintiff Andrea L. T. brings this action seeking judicial review of the Commissioner of Social Security's denial of her applications for Disability Insurance Benefits and Supplemental Security Income. (ECF No. 1.) The Court referred the matter to Magistrate Judge Anthony P. Patti. (ECF No. 7.) Currently before the Court is the Magistrate Judge's February 16, 2026 report and recommendation. (ECF No. 14.) The Magistrate Judge recommends granting in part Plaintiff's motion for summary judgment, denying in part Defendant's motion for summary judgment, and remanding this matter to the Commissioner for action consistent with the report and recommendation. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge. The Court, therefore, ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 14); GRANTS IN PART Plaintiff's motion

for summary judgment (ECF No. 10); DENIES IN PART Defendant's motion for summary judgment (ECF No. 12); and REMANDS the matter to the Commissioner under sentence four of 42 U.S.C. § 405(g) for action consistent with the report and recommendation.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 3, 2026

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2026, by electronic and/or ordinary mail.

s/Marlena A. Williams
Case Manager