UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA L. T.,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

Case No. 25-10585

Honorable Nancy G. Edmunds

**JUDGMENT**

In accordance with the Court's order issued this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is GRANTED IN PART, Defendant's motion for summary judgment is DENIED IN PART, this case is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for action consistent with the report and recommendation, and the case is DISMISSED.

      SO ORDERED.

                    s/Nancy G. Edmunds
                    Nancy G. Edmunds
                    United States District Judge

Dated: March 3, 2026

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2026, by electronic and/or ordinary mail.

                    s/Marlena A. Williams
                    Case Manager